# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMMOND,<br><br>                         Petitioner,<br><br>vs.<br><br>UNKNOWN,<br><br>                         Respondent. | Civil No.   07-2363 JLS (WMc)<br><br>**ORDER:**<br><br>**(1) DENYING REQUEST FOR EXTENSION OF TIME; AND**<br><br>**(2) DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has submitted a document in which he requests an extension of time to file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.

## **FAILURE TO FILE PETITION**

Petitioner has not filed a Petition for writ of habeas corpus in this action. Therefore, unless Petitioner is a capital prisoner, he has not initiated habeas proceedings in this Court. Calderon (Nicolaus) v. United States District Court, 98 F.3d 1102, 1107 n. 3 (9th Cir. 1996) ("Unlike non-capital prisoner who initiate habeas proceedings by filing a petition for a writ of habeas corpus, capital prisoners commence federal habeas proceedings by filing a request for appointment of counsel."); McFarland v. Scott, 512 U.S. 849 (1994).

1 | Petitioner does not contend that he is a capital prisoner, that is, a prisoner under sentence
2 | of death, and there is nothing in the documents he has submitted which indicates that he is a
3 | capital prisoner. Because it is clear from the face of that Petition that Petitioner is not a capital
4 | prisoner, the instant action must be dismissed.

Petitioner's request for an extension of time is denied without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: February 8, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge